UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL A. JACKSON

    Plaintiff,

  v.

PAT GLEBE, et al.,

    Defendants.

Case No. C08-5769BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 5). The Court having considered the Report and Recommendation, Plaintiff's failure to file objections, and the remaining record, does hereby find and order:

(1) The Court adopts the Report and Recommendation; and

(2) This action is will be **DISMISSED** unless Plaintiff pays the required $350.00 filing fee within thirty (30) days of this order.

DATED this 8th day of June, 2009.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER