# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHAEL A. JACKSON

v.

PAT GLEBE, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5769BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    On June 8, 2009, the Court adopted the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 5) and informed Plaintiff that the action would be dismissed if he did not pay the filing fee by July 8, 2009. Dkt. 6. As of the date of this order, no filing fee has been paid.

  IT IS ORDERED AND ADJUDGED that this matter be **DISMISSED without prejudice**.

| | |
|---|---|
|  July 17, 2009 |     BRUCE RIFKIN |
| Date | Clerk |
| | |
| |    *s/CM Gonzalez* |
| | Deputy Clerk |